Nash, J.
 

 The case is before us on bill and answer, and the only contest is, as to the title to the $1,000 legacy, the negro Mary, and the negroes purchased by the plaintiff, Mary, at the sale of the property of her husband, H. Baily. There can be no doubt that under the will of II. Baily, his wife Mary took but a life estate in the property bequeathed her, and that upon her marriage with Robert Deshazo and his receipt of it from the executors, whatever legal estate was in her vested in him and that he holds it as she did for her life. In the hands of Jones, the executor of Deshazo, it constitutes a part of the estate of his testator, and to be held by him as he held it. There is no controversy, as to the power of the Court, at the instance of a person entitled to the ulterior interest of personal property, when a particular estate is caiwed out, to cause the immediate possessor to give security for its forthcoming — at the termination of the particular estate — and upon a proper case made out, it is the constant practice of the Courts to do so. But in this, it is the opinion of the Court, that a case, calling for the exercise of this power, is not stated in the bill. It is not alleged that Robert Jones, the executor of Robert Deshazo, is insolvent or in failing circumstances — nor is any fear ex
 
 *256
 
 pressed on that ground. He possesses the property, as his testator did, for the life of Mary Deshazo, and, upon her death, will be bound to have it ready to deliver over to the representatives of Henry Baily. It is his business then, to see that it is secure before he parts with its possession.
 

 At the sale of the property of Henry Baily, the widow, Mary, purchased two negroes, Betty and Joe, and it was agreed between her and the executor, that they should go in part discharge of the pecuniary legacy’. After-wards, upon her marriage with Deshazo, the latter gave to the executors a receipt in the following terms:
 
 “
 
 Received from the executor of Henry Baily the sum of $1000 dollars, the amount of the legacy left my wife, Mary, according to the will.” The Court is of opinion, that notwithstanding the agreement between the widow, Mary, and the executor of Henry Baily, this receipt establishes that the $1000 legacy was paid by the executors and received by Deshazo, and that the absolute title to the negroes Betty and Joe vested thereby in Deshazo.
 

 The plaintiff, Mary Deshazo, is entitled to an account of the personal estate of her husband, Robert Deshazo, and to claim her portion thereof; the answer of the executor not pretending that it is necessary to keep it in possession for the payment of debt.
 

 There must be a reference to the master to state the accounts.
 

 Per Curiam.
 

 Decreed accordingly.